United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK PATE, LEILA RANZI-PATE, and INFINITY INVESTING, LLC,<br><br>   Plaintiffs,<br><br> v.<br><br>LAURA CHENG and TROY SWEETMAN,<br><br>   Defendants.<br>_____/ | No. C-10-03968 DMR<br><br>**ORDER VACATING HEARING ON DEFENDANT'S MOTION TO DISMISS PENDING CONSENT TO JURISDICTION OF MAGISTRATE JUDGE** |

  On September 29, 2010, Defendant Laura Cheng filed a Motion to Dismiss Complaint for Failure to State a Claim Upon Which Relief can be Granted (Fed.R.Civ.P. 12(b)(6)). *See* Docket No. 5. Defendant Cheng noticed a hearing on the Motion to Dismiss for November 10, 2010 at 2:00 p.m.

  Pursuant to 28 U.S.C. § 636(c), a signed consent to the jurisdiction of the Magistrate Judge must be filed by each party before consideration of the motion. The parties in the above-captioned case have not filed signed consents to proceed before a Magistrate Judge. Accordingly, the hearing on Defendant Cheng's Motion to Dismiss set for November 10, 2010 at 2:00 p.m. before Magistrate Judge Ryu is hereby vacated. Upon the filing of signed consents by all parties to the action, the Court will issue an order resetting the hearing. If a declination is filed, the case will be reassigned to a District Court Judge.

**United States District Court**
For the Northern District of California

1   IT IS SO ORDERED.

3   Dated: October 1, 2010



_____
DONNA M. RYU
United States Magistrate Judge