Walter C. Cook, SBN 111330
LAW OFFICES OF WALTER C. COOK
1500 - 20TH STREET
SAN FRANCISCO, CA 94107
415-920-0423
415-920-0427 Fax

Attorneys for Defendant Laura Cheng

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK PATE, LEILA RANZI-PATE, <br><br> Plaintiff, <br><br> vs. <br><br> LAURA CHENG <br><br> Defendant | NO. C-10-03968 JSW <br><br> DEFENDANT LAURA CHENG'S REPLY TO PLAINTIFF'S MEMORANDUM IN RESPONSE TO DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM <br><br> Date: May 13, 2011 <br> Time: 9:00 A.M. <br> Dept: Courtroom 11, 19th Floor <br> Judge: The Honorable Jeffrey S. White |

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs' complaint, their opposition to the motion to dismiss, including their Exhibit A to their opposition, amount to nothing more than a not so veiled threat that Ms. Cheng had better dismiss her Texas state court loan enforcement action least Plaintiffs see to it that she be prosecuted criminally and/or civilly by the government.

Plaintiffs have articulated no basis for jurisdictional standing, any factual basis for any claim of actual damages caused by the defendant, or any actual controversy between the plaintiffs and the defendant apart from the pending Texas state court litigation.

//

//

Finally, the plaintiffs' request for an advisory opinion "to ensure that NO laws have/will been (sic.)/be breached by Plaintiffs" is of no concern to this defendant, nor should it be of this Court.

If the Plaintiffs want an advisory opinion they should hire a lawyer rather than file baseless federal actions seeking to deputize the Court as their advocate.

For these reasons, and the reasons set forth in the motion, this case should be dismissed outright and without further argument or hearing.

Dated: April 22, 2011

LAW OFFICES OF
WALTER C. COOK

By: _____
Walter C. Cook
Attorney for Laura Cheng

# PROOF OF SERVICE

I, Walter C. Cook, do hereby declare:

I am employed in the City and County of San Francisco, my business address is 1500 - 20th Street, San Francisco, California 94107, and I am not a party to this action. On this date I served:

**DEFENDANT LAURA CHENG'S REPLY TO PLAINTIFF'S MEMORANDUM IN RESPONSE TO DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

___✓___ by placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States Post Office mail box at San Francisco, California, addressed as set forth below.

_____ by personally delivering a true copy thereof to the person at the address set forth below:

_____ by giving a true copy thereof enclosed in a sealed envelope to Black Dog Messenger Service for personal service on the persons addressed below:

Frank Pate
9607 Spring Dr
Frisco, TX 75035                    frankpate@theinfinitycompanies.com

Leila Ranzi-Pate
9607 Spring Dr
Frisco, TX 75035                    Leila@leilaranzi.Com

Leila Ranzi-Pate
411 Preston Rd.
Suite C/13 #181
Frisco, TX 75034

Leila Ranzi-Pate
411 Preston Rd.
Suite C/13 #181
Prosper, TX 75078

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 22, 2011, at San Francisco, California.

_____
Walter C. Cook